ACCEPTED
04-14-00521-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/5/2015 12:08:13 PM
KEITH HOTTLE
CLERK

# No. 04-14-00521-CV

IN THE COURT OF APPEALS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/5/2015 12:08:13 PM

KEITH E. HOTTLE
Clerk

FOR THE FOURTH DISTRICT OF TEXAS

AT SAN ANTONIO, TEXAS

---

**MEDINA INTERESTS, LTD.,** Appellant

v.

**WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, ET AL.,** Appellees

---

On the Appeal from the 218th Judicial District Court
of Karnes County, Texas, No. 13-04-00098,
the Honorable Stella Saxon

---

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY

---

Brandy R. Manning
State Bar No. 24029703
**BURLESON LLP**
223 W. Wall Street, Suite 400
Midland, Texas 79701
bmanning@burlesonllp.com
Telephone: 432.253.8603
Facsimile: 432.253.8601

Matthew S. Brysacz
State Bar Texas No. 24061359
**BURLESON LLP**
112 E. Pecan Street, Suite 700
San Antonio, Texas 78205
mbrysacz@burlesonllp.com
Telephone: 210.870.2600
Facsimile: 210.870.2626

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 9, 10, and 49.8, Appellant Medina Interest, Ltd., files this First Motion to Extend Time to File Appellant's Reply, and would respectfully show the Honorable Court:

1. Appellant's Reply is due March 6, 2015.

2. Appellant respectfully requests a 15-day extension to file its reply, so that it would be due on Monday, March 23, 2015.

3. Appellant's counsel has been working to meet briefing deadlines in other cases, including filing summary judgments in an Irion County Case.

4. This is Appellant's First Motion for Extension of Time to file Appellant's Reply. As evidenced by the Certificate of Conference, this Motion is Unopposed.

5. This request is not made for delay, but so that work product worthy of this Courts' consideration can be prepared and filed.

## **PRAYER**

Appellant respectfully requests that this Court extend until Monday, March 23, 2015, the time in which Appellant must file its Reply Brief, and for such other and further relief to which it may be entitled.

Respectfully submitted,

/s/ Brandy R. Manning
Brandy R. Manning
Bar No.  24029703
Burleson, LLP
Midland Tower
223 W. Wall Street, Suite 400
Midland, Texas  79701
Phone:  432-695-6228 (office)
Phone:  469-363-3606 (mobile)
Telefax:  432-695-6246
E-mail:  brmanning@burlesonllp.com

\s\ Matthew S. Brysacz
Matthew S. Brysacz
State Bar Texas No. 24061359
**BURLESON LLP**
112 E. Pecan Street, Suite 700
San Antonio, Texas  78205
mbrysacz@burlesonllp.com
Telephone:  210.870.2600
Facsimile:  210.870.2626
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I certify that I exchanged voice mails with David Cunningham, on March 4, 2015, and that he does not oppose this Motion.

/s/ Brandy R. Manning
Counsel for Appellant


## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of TEX. R. APP. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point font for text and 12-point for footnotes. This document also complies with the word-count limitations of TEX. R. APP. P. 9.4(i), if applicable, because it contains 179 words, excluding any parts exempted by TEX. R. APP. P. 9.4(i)(1).

/s/ Brandy R. Manning
Counsel for Appellants


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served via his ESFP (to the extent the same was possible) and via facsimile (to the extent service through said ESFP was not possible) at the same time as the foregoing was e-filed with the Court on March 3, 2015:

Mr. David Lee Cunningham
Hayden & Cunningham
7750 Broadway Street
San Antonio, Texas  78209-3244
Telephone:  210-826-0644
Facsimile:  210.822.0916

Mr. Mark L. Nastri
Nastri Law Firm PLLC
14860 Montfort Drive, Suite 209
Dallas, Texas  75254
Telephone:  972-392-6123
Facsimile:  972.934.2310

**ATTORNEYS FOR APPELLEES WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, JANE CUNNINGHAM, JOSEPH ALLEN TRIAL, JUDITH ANN GONZALES, JIMMY RAY TRIAL, LINDA T. WIATREK, THIERY T. TRIAL, JEFFREY D. BOULDIN, GILLESPIE MINERAL ACQUISITIONS, LLC, SHARON SHARP MCCULLOCH A/K/A SHARON SHARP, DANIEL S. TRIAL, SHERRI ANN CHACK-ON, DEONNE T. POSTON, MARCIA L. TRIAL, JOHN E. TRIAL, KENNETH LYSSY, MARGARET LITTLE, DEBORA ALBRITTON, GLENN HENRY BARNETT, LORETTA MITCHELL FORD, YVONNE JANACEK, AND JOSEPH RUSSELL TRIAL**

Mr. G. Wade Caldwell

Barton, East & Caldwell, P.L.L.C.
One Riverwalk Place, Suite 1825
700 North St. Mary's Street
San Antonio, Texas  78205
Telephone:  210-225-1655
Facsimile:  210.225.8999

**ATTORNEY FOR APPELLEE MICHAEL LEO TRIAL**